# EPHRAIM SAVITT
## Attorney at Law

165 WEST END AVENUE #8B  
NEW YORK, NEW YORK 10023

PHONE: (917) 885-5753  
EMAIL: EPHRAIM@SAVITTESQ.COM

<u>Submitted by ECF and Email</u>  
Honorable Loretta A. Preska  
Senior United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

December 30, 2019

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

Re: United States v. Moshe Benenfeld  
<u>18 CR 485 (LAP)</u>

Dear Judge Preska:

I realize that I may be "pushing the envelope" with this application for one additional week beyond the Court's recently rescheduled January 23rd self-surrender date, for which I am thankful, until January 30th. Nevertheless, I feel compelled to make this motion because, as I advised in my first letter motion on December 23rd, Mr. Benenfeld has a scheduled procedure for January 27th which his gastroenterologist considers very important in assuring that he is not unduly prone to communicable infections after he self-surrenders, either as the recipient or as the conveyer.

An additional week will allow this procedure to be performed and a medical evaluation to be made for any follow-up course of treatment or change in medications in time to be communicated to the medical personnel in the medical facility where my client is to self-surrender.

I thank Your Honor, once again, for your consideration and convey my best wishes for a happy and healthy New year.

Respectfully submitted,

*Ephraim Savitt, Esq.*  
Attorney for Defendant  
Moshe Benenfeld

SO ORDERED.

*Loretta A. Preska*  
LORETTA A. PRESKA  
SENIOR U.S. DISTRICT JUDGE

DECEMBER 31, 2019

Cc: <u>BY ECF</u>  
Clerk of the Court (LAP)  
AUSA Dina McLeod