## EPHRAIM SAVITT
### *Attorney at Law*

165 WEST END AVENUE #8B
NEW YORK, NEW YORK 10023

PHONE: (917) 885-5753
EMAIL: EPHRAIM@SAVITTESQ.COM

Submitted by ECF and Email
Honorable Loretta A. Preska
Senior United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

January 2, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

Re: United States v. Moshe Benenfeld
18 CR 485 (LAP)

Dear Judge Preska:

On December 30th, I filed ECF Document # 46 in error (a copy of a previously endorsed order, Document # 45), having intended to file my application for a one-week extension of time to self-surrender until January 30th. I immediately corrected my error by properly filing that application as Document # 47, and the Court granted my application the following day in Document # 47.

This morning, I received an ECF "bounce" advising that Document # 46 was incorrectly filed and therefore has to be refiled. But that would only clutter up the record. I called the ECF Help Desk to correct this mistake, but an operator informed me that the only means by which I can withdraw Document # 46 is to make an application for a Court order.

As such, I am now filing this letter motion as Document # 49, requesting that my erroneously filed Document # 46 be stricken from the docket.

I thank Your Honor, once again, for your consideration and apologize for inadvertently cluttering up the record.

Respectfully submitted,

*Ephraim Savitt, Esq.*
Attorney for Defendant
Moshe Benenfeld

Cc: BY ECF
   Clerk of the Court (LAP)
   AUSA Dina McLeod

**SO ORDERED.**

_____
Loretta A. Preska
Senior U.S. District Judge

January 3, 2020