UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 18-CR-485 (LAP) |
| -against- | **NOTICE OF MOTION FOR COMPASSIONATE RELEASE** |
| MOSHE BENENFELD, | |
| Defendant. | |

----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Motion, the Declaration of Aaron Twersky, Esq. and the exhibits attached thereto, and upon the proceedings and pleadings heretofore had and filed in this case, Defendant Moshe Benenfeld will move before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order, pursuant to 18 U.S.C.A. § 3582 (C)(1)(a)(i), granting this Motion for Compassionate Release, due to the extraordinary circumstances related to the COVID-19 pandemic.

Dated: New York, New York
April 3, 2020

**TWERSKY PLLC**

By: _____
Aaron Twersky, Esq.
Jason Lowe, Esq.
Ilana Neufeld, Esq.
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
(212) 355-5009 (fax)
atwersky@twerksylaw.com (email)
jlowe@twerskylaw.com (e-mail)
ineufeld@twerskylaw.com (e-mail)

*Attorneys for Defendant*
*Moshe Benenfeld*