UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,    Case No: 18-CR-485 (LAP)

      -against-

MOSHE BENENFELD,    **ORDER**

      Defendant.

------------------------------------------------------------------------x

    LORETTA A. PRESKA, United States District Judge:

    On April 3, 2020, counsel for Defendant Moshe Benenfeld ("Benenfeld"), an inmate at FMC Devens ("Devens") filed a motion requesting that the Court grant Benenfeld compassionate release and order the remainder of his sentence to be served under home incarceration and confinement, pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. ___.

    Benenfeld's motion is hereby **GRANTED**.

    **IT IS ORDERED** that, pursuant to 18 U.S.C. § 3582(c)(1)(A), Benenfeld's sentence is reduced and modified to time served with an extended period of supervised release of 4 years and 3 months, with a condition of home confinement and home incarceration with G.P.S. monitoring, at an address approved by the Department of Probation, followed by 5 years of supervised release;

    **IT IS ORDERED** that Benenfeld should be released from the Bureau of Prisons custody, effective immediately, to begin his extended period of home incarceration with G.P.S. monitoring;

    **IT IS ORDERED** that in the event the Department of Probation is unable to implement G.P.S. monitoring immediately upon Benenfeld's release, Benenfeld is ordered to have daily contact with the Benenfeld's probation officer through videoconferencing technology until

G.P.S. monitoring is implemented.

The Government shall immediately notify the Bureau of Prisons of this Order and the Clerk of Court is directed to terminate ECF No. ___.

Dated: New York, New York
      April ___, 2020

**SO ORDERED**:

_____
Hon. Loretta A. Preska
United States District Judge